IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| THE GSI GROUP, L.L.C., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-cv-3034 |
| ) | |
| CHIEF INDUSTRIES, INC., ) | |
| BRADLEY JONES, and ) | |
| BRAD COOK, ) | |
| ) | |
| Defendants. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on Plaintiff The GSI Group, L.L.C.'s ("GSI" or "Plaintiff") Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (d/e 21). On March 18, 2021 the parties jointly filed a Stipulation on Entry of Preliminary Injunction and Vacatur of Expedited Discovery Schedule (d/e 44) requesting that the Temporary Restraining Order entered by the Court on March 11, 2021 (d/e 39) "be converted into a preliminary injunction" to "remain in effect through final judgment in this case, unless modified by the Court." D/e 44, ¶ 1. Plaintiff's Motion for a Preliminary Injunction (d/e 21) is GRANTED.

The Court will grant the relief requested in the stipulation of the parties. The Court hereby ORDERS:

(a) The Temporary Restraining Order (d/e 39) issued on March 11, 2021 is hereby converted into a preliminary injunction. The preliminary injunction is issued for the reasons set forth in the Court's March 8, 2021 Order (d/e 32) and pursuant to the stipulation of the parties. The preliminary injunction is to remain in effect until a final judgment is entered in this case or until further order of this Court.

(b) The hearing on Plaintiff's Motion for Preliminary Injunction (d/e 21) currently scheduled for April 20, 2021 is hereby VACATED.

ENTER: March 19, 2021

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE